COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Thomas Wayne Florence v. The State of Texas

Appellate case number:   01-11-00822-CR

Trial court case number:  10CR1217

Trial court:             56th District Court of Galveston County, Texas

The trial court's findings of fact and conclusions of law complying with our Order of Abatement have been filed in this Court. Therefore, we order the appeal **reinstated**.

Pursuant to the trial court's findings of fact and conclusions of law, appellant is permitted to proceed in this appeal pro se.

The complete record has been filed in this Court. Appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date that appellant's brief is filed. *See id.* 38.6(b). Due to the previous delays in this appeal, no extensions will be granted absent extraordinary circumstances. *See id.* 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Justice Evelyn V. Keyes
                    ☑  Acting individually    ☐  Acting for the Court


Date:  August 17, 2012_